IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE GRESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |
| HEALTH SYSTEM | : | No. 13-CV-5414 |

AND NOW, this 20th day of August, 2018, IT IS HEREBY ORDERED that defendant's motion for summary judgment (Doc. # 17) is GRANTED.

JUDGMENT is entered for the defendant and against the plaintiff on all counts.

The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ *J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.